# Third District Court of Appeal

## State of Florida

Opinion filed June 15, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2399
Lower Tribunal No. 19-29198

————————

**Edduard Prince,**
Appellant,

vs.

**Grand Surfside Hotel LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Edduard Prince, in proper person.

Law Office of Mark C. Burton, and Charise Morgan-Joseph (Hollywood), for appellee Beach House Hotel LLC.

Before HENDON, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.